# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:18-CR-057-MMD-WGC |
| | ) | |
| Plaintiff, | ) | ORDER RE: |
| | ) | |
| v. | ) | **STIPULATION AND** |
| | ) | **ORDER** |
| ELIZABETH REYES-DELACERDA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant JOHN PRINCE and ANDOLYN JOHNSON, Assistant United States Attorney, that sentencing currently scheduled for January 6, 2020 at 11:00 a.m., be vacated and reset to January 9, 2020 at 10:00AM.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and she has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in trial in *United States v. Palafox 2:16cr265*.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing to January 9, 2020 at 10:00AM.

This is the first request for continuance filed herein.

DATED: December 26, 2019,


/S/  
JESS R MARCHESE, ESQ.  
601 S. Las Vegas Blvd.  
Las Vegas, Nevada 89101  
Attorney for Defendant

/S/  
ANDOLYN JOHNSON, ESQ.  
Assistant United States Attorney  
400 South Virginia Street  
Reno, Nevada 89501

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:18-CR-057-MMD-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELIZABETH REYES-DELACERDA, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and she has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in trial in *United States v. Palafox 2:16cr265*.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing to January 9, 2020 at 10:00AM.

This is the first request for continuance filed herein.

## **ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for January 6, 2020, at 10:00 a.m., be continued to the 9th day of January, 2020 at 10:00 a.m., in courtroom 5.

DATED this 27th day of December 2019.

_____
MIRANDA M. DU
**CHIEF U.S. DISTRICT JUDGE**